FILED

05/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. OP 24-0289

ANNETTE M. TRUJILLO,

     Petitioner,

v.

MONTANA TWENTIETH JUDICIAL DISTRICT COURT, LAKE COUNTY,
THE HONORABLE MOLLY OWEN, PRESIDING JUDGE,

     Respondent.

**ORDER**

This matter comes before the Court on Respondent Toyota Motor Sales, U.S.A. Inc.'s Unopposed Motion for Extension of the Deadline to Respond to Petition for Writ of Supervisory Control. Pursuant to M. R. App. P. 26(1), and for good cause shown, the Court GRANTS the Motion. Respondent Toyota Motor Sales, U.S.A. Inc. shall have an additional thirty (30) days, until July 8, 2024, in which to file a summary response to the Petition.

Dated this ___ day of _____, 2024.

_____
Supreme Court Judge

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2024